

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00023-CR

_____

JACK H. MEYER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 276th Judicial District Court
Marion County, Texas
Trial Court No. F14162

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Jack H. Meyer appeals from an order setting his bail during his pending appeal at a level he believes to be excessive. Meyer's motion for new trial on bail has been granted and Meyer has been bench warranted back to Marion County for a new hearing set for February 24, 2012, after which the trial court will vacate its prior order and enter a new order on bail.

Our record contains a copy of that order, and we have now received confirmation from Meyer's counsel that the hearing is to proceed on that date. Counsel contemplates that if the bail is again set at a level that is deemed excessive, another appeal might result from that order, but also recognizes that the appealable order in this case has effectively been canceled by the trial court.

Under these circumstances, we find that this appeal has been mooted by the action of the trial court. Where all issues in an appeal become moot, the appeal should be dismissed. *See State v. McCaffrey*, 76 S.W.3d 392 (Tex. Crim. App. 2002).

We, therefore, dismiss the appeal as moot.

Bailey C. Moseley
Justice

Date Submitted:     February 22, 2012
Date Decided:       February 23, 2012

Do Not Publish